## POSITION OF PARTIES WITH
## RESPECT TO SENTENCING FACTORS

|  |  |
|---|---|
| **RE:** | Blemur, Anis |
| **SD/FL PACTS NUMBER:** | 5668863 |
| **DOCKET NO:** | 113C 1:18CR20818-001 |
| **OBJECTIONS DUE BY:** | June 7, 2019 |
| **DATE AVAILABLE FOR DISCLOSURE:** | May 24, 2019 |

---

I have read the presentence investigation completed by the United States Probation Office.

_____   There are no disputed facts.

_____✓_____   There are unresolved factual disputed which are attached.

Any objections counsel may have must be submitted to the U. S. Probation Office **within fourteen (14) days of the receipt of the presentence report**, at which time the U.S. Probation Office will prepare for the Court an addendum indicating any unresolved factual disputes or objections by counsel. **Unless otherwise ordered by the Court, objections will be filed in CM/ECF or provided directly to Chambers by the probation office under confidentiality protections**.

_____   5/31/19      Riverview, Florida
Anis Blemur                  (Date)

_____   5/29/19      Miami
Larry Handfield              (Date)

_____   _____      Miami
Jessica Obenauf              (Date)

Return To:   Vanessa  Pulido
U.S. Probation Officer
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, 9th Floor South
Miami, FL 33128

# THE HANDFIELD FIRM

LARRY R. HANDFIELD
TELEPHONE (305) 576-1011
FAX (305) 576-2304
www.thehandfieldfirm.com

OFFICE AT BAY POINT, SUITE 1250
4770 BISCAYNE BOULEVARD
MIAMI, FLORIDA 33137

June 3, 2019

Vanessa Pulido

U.S. Probation Officer

RE: Presentence Investigative Report Correction

COMES NOW the Defendant, **ANIS BLEMUR**, by and through his undersigned counsel, find no legal objections to the Presentence Investigative Report. However, would like to make the following factual corrections.

1. On page 8 paragraph 8 there were no contracts executed signed by the victims. However, there were offers submitted by the defendant to the victims. J.A. ,signed only by J.A., not by sellers.

2. As it relates to page 18 paragraph 51 please note, there were 14 credit cards belonging to the 2 victims, D.A. and M.M. Also, the amount of the investment was $35,000 in total and not $79,000

3. On page 19 paragraph 55 there were only 2 victims (not nine) identified in the identity theft with a total loss of $160, 528. 77

4. As it relates to page 21 paragraph 67, the defendant, Anis Blemur, would object 2 points enhancement because he does not fall within the specified category.

5. On page 28 paragraph 109 please note, the listed president is Jean L. Michel, who is the brother of victims M.M. and D.A. and the secretary is Marie Claude-Michel, Jean L. Michel's wife.